**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00810-CR

**MODESTO CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82117-2014**

## ORDER
Before Chief Justice Wright and Justices Fillmore and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.

                                        /s/     ROBERT M. FILLMORE
                                                JUSTICE